No. 487. UNITED STATES *v.* CIMARRON RIVER OIL COMPANY ET AL. November 21, 1927. Petition for a writ of

certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Solicitor General Mitchell* for the United States. *Messrs. C. B. Ames, H. M. Gray, John J. Shea, Anthony P. Nugent, Wesley E. Disney, C. F. Newman* and *James C. Davis* for respondents.